UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMY FULTON,

                Petitioner,

against

SUPERINTENDENT,

                Respondent.

CIVIL ACTION NO.: 20 Civ. 00021 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

A Telephone Conference was held today, July 16, 2020, regarding Petitioner Jeremy Fulton's letter at ECF No. 23, seeking confirmation that the Court received his memorandum in support of his Petition and instructions regarding discovery.

On June 10, 2020, the Court confirmed receipt of Mr. Fulton's memorandum. (<u>See</u> ECF Nos. 14, 21).

The Court informed Mr. Fulton that while discovery is not typically allowed in an action under 28 U.S.C. § 2254, a Petition for Writ of Habeas Corpus, once Respondent files his response, including the underlying state court record, if Mr. Fulton finds that information he needs is not provided in that record, he may raise such issues in his reply.

Respondent's response to the Petition is due by **Friday, August 21, 2020**. Mr. Fulton's reply is due by **Friday, September 11, 2020**. Respondent may request an extension of time to respond by letter-motion on the docket. Mr. Fulton may request an extension of time to reply by letter-motion on the docket, through the Pro Se Intake Unit. Additional information for the Pro Se Intake Unit can be found online at nysd.uscourts.gov/prose or by calling at 212-805-0175.

The Clerk of the Court is respectfully directed to mail a copy of this order to Mr. Fulton at the below address.

Dated: New York, New York
July 16, 2020

SO ORDERED

*Sarah Cave*
SARAH L. CAVE
United States Magistrate Judge

Mail to:  Jeremy Fulton
DIN No. 12-A-0053
Clinton Correctional Facility
P.O. Box. 2001
Dannemora, NY 12929