UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMY FULTON,

                        Petitioner,

-v-

SUPERINTENDENT,

                        Respondent.

CIVIL ACTION NO.: 20 Civ. 00021 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

      Respondent's Letter-Motion to Seal (ECF No. 35) is GRANTED IN PART AND DENIED IN PART as specified below.

      Respondent's application to file under seal the state court record is GRANTED.

      The application to seal Respondent's <u>entire</u> memorandum of law, including the discussion and legal analysis is DENIED.  Sealing of the entire memorandum of law is not narrowly tailored to accomplish Respondent's stated goal of sealing (protecting the privacy right of the victims) and is inconsistent with the presumption in favor of public access to judicial documents.  <u>See</u> <u>Lugosch v. Pyramid Co. of Onondaga</u>, 435 F.3d 110, 119–20 (2d Cir. 2006).

      The Court GRANTS Respondent leave to file a memorandum with all information that could potentially implicate the victims' privacy and security rights redacted, and to file an unredacted memorandum under seal.  Respondent should also redact such information as addressed by Section 6 of the S.D.N.Y. Electronic Case Filing Rules and Instructions, Fed. R. Civ. P. 5.2(a), and the Court's Individual Rules of Practice.

The Clerk of Court is respectfully directed to close ECF No. 35 and to mail a copy of this order to Petitioner at the address below.

Dated: New York, New York
November 25, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge

Mail to:  Jeremy Fulton
DIN No. 12-A-0053
Clinton Correctional Facility
P.O. Box. 2001
Dannemora, NY 12929