UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMY FULTON,

                Petitioner,

    against

SUPERINTENDENT,

                Respondent.

CIVIL ACTION NO.: 20 Civ. 00021 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

    The Clerk of Court is respectfully directed to mail to Mr. Fulton, at the address below: (i) a copy of the docket, (ii) a copy of ECF No. 41, and (iii) a copy of **this Order**.

Dated:    New York, New York
           June 24, 2022

                                          SO ORDERED

                                          _/s/ Sarah L. Cave_
                                          SARAH L. CAVE
                                          **United States Magistrate Judge**

Mail To: Jeremy Fulton
          DIN No. 12-A-0053
          P.O. Box 2001
          Dannemora, NY 12929